# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DARRELL EUGENE SWAN**  
ADC #166283                                                   **PLAINTIFF**

v.                          No. 5:19-cv-331-DPM

**GERALD COLEMAN, Public Defender**                           **DEFENDANT**

### ORDER

**1.** Swan's application to proceed *in forma pauperis* is incomplete; he didn't submit an affidavit. His application, № 2, is therefore denied without prejudice.

**2.** Swan must submit a completed application by 22 November 2019. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Swan permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

**3.** The Court directs the Clerk to mail Swan an *in forma pauperis* application with a copy of this Order.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

23 October 2019