# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DARRELL EUGENE SWAN**                                           **PLAINTIFF**
**ADC #166283**

**v.**                          **No. 5:19-cv-331-DPM**

**GERALD COLEMAN, Public Defender**                  **DEFENDANT**

## ORDER

Swan hasn't paid the $400 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. № 4. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_25 November 2019_