# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DARRELL EUGENE SWAN**　　　　　　　　　　　　**PLAINTIFF**
**ADC #166283**

v.　　　　　　　No. 5:19-cv-331-DPM

**GERALD COLEMAN, Public Defender**　　　　**DEFENDANT**

## JUDGMENT

Swan's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

　25 November 2019